FILED - USDC -NH
2025 FEB 3 PM 4:57

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Earle Warren Kolb

Plaintiff(s)

v.

United States Patent and Trademark Office

Defendant(s)

COMPLAINT

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Earle Warren Kolb 3 Freedom Drive Apartment No. 6 Salem, NH 03079

Defendant(s)'s Name, Address and Phone Number

United States Patent and Trademark Office Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

I am petitioning the court so that my status under 37CFR1.802(c)(1) can be extended indefinitley due to my permanent and ongoing and unwavering health imparments and being that Intellectual property is a matter for the federal courts it is a legal imperative that

this case be heard before a federal court.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

I request that an exemption be granted under 37 CFR 1.102 (c)(1) as I believe my claim to be not only unique but a moral imperative as well.

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)



I request a permanent exemption under 37CFR§1.102(c)(1)

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☑ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 2-3-2025

Signature: *[signature]*